```
IN THE UNITED STATES DISTRICT COURT FOR THE
       WESTERN DISTRICT OF MISSOURI
           SOUTHWESTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
    vs.                     )    No. 23-05012-03-CR-SW-SRB
                            )
BOBBY D. WELLS,             )
                            )
            Defendant.      )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

    The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Counts One and Five contained in the Indictment filed on April 11, 2023. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offense charges are supported by a factual basis for each of the essential element of the offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: January 18, 2024            */s/ David P. Rush*
                                        DAVID P. RUSH
                                        UNITED STATES MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).